UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TURTURRO LAW, P.C.<br><br>Plaintiff<br><br>-against-<br><br>ANDREW M. CUOMO, in his official capacity as the Governor of the State of New York, and BILL de BLASIO, in his official capacity as the Mayor of the City of New York,<br><br>Defendants. | ECF CASE<br><br>Docket No.:20-cv-4824 |

# NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff TURTURRO LAW, P.C., by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants ANDREW M. CUOMO, in his official capacity as the Governor of the State of New York, and BILL de BLASIO, in his official capacity as the Mayor of the City of New York,

Dated: Brooklyn, New York
February 3, 2021

                                                  Yours, etc.
                                                **TURTURRO LAW, P.C.**
                                                By: /s/ NATRAJ S. BHUSHAN
                                                1602 McDonald Avenue
                                                Brooklyn, New York 11230
                                                (718)-384-2323
                                                Email:natraj@turturrolawpc.com
                                                *Attorneys for Plaintiff*